UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR No. 09-279-S-BLW |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MICHAEL RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the Motion of the United States and good cause therefor appearing,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the motion to dismiss (docket no. 106) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the above-entitled matter shall be and hereby is DISMISSED WITH PREJUDICE, and the Clerk shall close the case.

DATED: **March 22, 2012**



B. LYNN WINMILL
Chief Judge
United States District Court